IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARSHALL TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:11cv335-ID |
| ) | (WO) |
| CHARLOTTE REED, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**OPINION and ORDER**

On May 26, 2011, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. No. 5). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that this case be and is hereby DISMISSED without prejudice for the Plaintiff's failure to pay the full filing fee upon the initiation of this case.

Done this 15th day of June, 2011.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE